IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20081
Conference Calendar
_____

DALE D. NESFIELD,

                                        Plaintiff-Appellant,

versus

UNITED STATES COAST GUARD; NICHOLAS
BACHKO CO., INC.; NATIONAL MARITIME
UNION,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CV-4426
--------------------
August 22, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

    Dale Nesfield appeals the district court's order dismissing his lawsuit on the basis of *res judicata* and on Nesfield's failure to receive permission before filing the suit.  Nesfield's brief addresses neither of these matters.  As Nesfield's brief does not identify any district court error, it is frivolous and the appeal is DISMISSED.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We previously cautioned Nesfield that any additional frivolous appeals would invite the imposition of sanctions and cautioned him to review pending appeals to ensure that they were not frivolous.  See Nesfield v. National Maritime Union, No. 99-21022 (5th Cir. June 16, 2000)(unpublished).  This court may impose sanctions on a litigant *sua sponte*.  See Coghlan v. Starkey, 852 F.2d 806, 808 (5th Cir. 1988).  Accordingly, IT IS ORDERED that Nesfield is sanctioned $100.  IT IS ALSO ORDERED that Nesfield remit payment to the clerk of the district court.  Nesfield is warned that further frivolous appeals will result in the imposition of additional sanctions.

APPEAL DISMISSED; SANCTIONS IMPOSED.